IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ASTRAZENECA PHARMACEUTICALS LP,

    *Plaintiff*,

v.                                                                          No. 1:26-cv-00080-KG-KK

RAÚL TORREZ, in his official capacity as
Attorney General of the State of New Mexico;
WILLIAM LORD, in his official capacity as
Chairman of the New Mexico Board of
Pharmacy; JOHNNY S. VOLPATO, JR.,
JENNIFER L. KELLY, TERI ROLAN,
MANDELYN V. CORDOVA, CATHY L.
DRAKE, and ANGELA GONZALES JABER,
in their official capacities as Board Members of
the New Mexico Board of Pharmacy,

    *Defendants.*

STIPULATED ORDER GRANTING JOINT
MOTION TO HOLD CASE IN ABEYANCE

The Court, having considered the Joint Motion to Hold Case in Abeyance filed by

Plaintiff AstraZeneca Pharmaceuticals LP and Defendants, hereby ORDERS as follows:

The motion is GRANTED.  And it is further

ORDERED that the case is held in abeyance pending the Tenth Circuit's decisions in

*AstraZeneca Pharmaceuticals LP v. Drummond* (No. 25-6183) and *AstraZeneca*

*Pharmaceuticals LP v. Weiser* (No. 25-1466).  And it is further

ORDERED that the parties shall provide the Court with a status report no later than 14

days after the Tenth Circuit issues its decision in the second of the two appeals to be resolved.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____  _____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**JOINTLY SUBMITTED BY:**

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*By  /s/ Eric R. Burris_____*
   Eric R. Burris
   Debashree Nandy
   Sophia Bunch
   201 Third Street NW, Suite 1800
   Albuquerque, NM 87102
   Telephone: 505.244.0770
   Facsimile: 505.244.9266
   Email:  eburris@bhfs.com; rnandy@bhfs.com; sbunch@bhfs.com

Allon Kedem*
Jeffrey L. Handwerker*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: allon.kedem@arnoldporter.com; Jeffrey.handwerker@arnoldporter.com

Carmela T. Romeo*
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: carmela.romeo@arnoldporter.com
*Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*
*\* admitted pro hac vice*

By  <u>*Approved via email on May 6, 2026*</u>
Mara E. Anderson
Philomena Haulser
MILLER STRATVERT P.A.
PO Box 256187
Albuquerque, NM 87125-0687
Telephone: (505) 842-1950
Email: manderson@mstlaw.com; phausler@mstlaw.com

*Attorneys for Defendants*

51348068.1